[No. 52544-1-I. Division One. October 11, 2004.]

HEATHER HAMM, *Appellant*, v. DONALD ROY HAMM, ET AL.,
RESPONDENTS.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 02-2-00888-3, Michael F. Moynihan,
J., entered June 19, 2003. *Reversed* by unpublished opinion
per Schindler, J., concurred in by Ellington, A.C.J., and
Coleman, J.

[No. 53041-1-I. Division One. October 11, 2004.]

*In the Matter of the Dependency of* G.M.

GREGORY CARL DORSEY, *Appellant*, v. THE STATE OF
WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 03-7-00174-9, Michael J. Fox, J., entered Au-
gust 7, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53392-4-I. Division One. October 11, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM MICHAEL
WILLANGER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-07172-1, Palmer Robinson, J., entered
October 24, 2003. *Affirmed* by unpublished per curiam
opinion.

[No. 53768-7-I. Division One. October 11, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JOSEPH
PEPION, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 03-1-07595-3, Carol A. Schapira, J., entered
January 26, 2004. *Reversed* by unpublished per curiam
opinion.